NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000390
28-JUL-2016
08:12 AM

NO. CAAP-16-0000390

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
WILFREDO VALIENTE-PENA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTA-14-05682)

ORDER GRANTING THE JULY 24, 2016 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of "[Defendant-Appellant Wilfredo Valiente-Pena's] Motion to Dismiss Appeal,"[1] filed on July 24, 2016, the papers in support and the record, and noting no opposition,

IT IS HEREBY ORDERED that the motion is granted, and the appeal in Case No. CAAP-16-0000390 is dismissed.

DATED: Honolulu, Hawai'i, July 28, 2016.

Chief Judge

Associate Judge

Associate Judge

---

[1] The appeal is from a Notice of Entry of Judgment and/or Order and Plea/Judgment, entered by the Honorable Paul B.K. Wong.